THE CITIZENS' INSURANCE COMPANY, PLAINTIFF IN ERROR, v. HENRY J. E. DOYING ET AL., DEFEND-ANTS IN ERROR.

On error to the Supreme Court.

PER CURIAM. The record in this case is similar to that in the case above disposed of, and the decision must be the same.

The judgment is affirmed.

*For affirmance*—THE CHANCELLOR, ABBETT, DIXON, GARRISON, LIPPINCOTT, VAN SYCKEL, BOGERT, BROWN, SMITH. 9.

*For reversal*—THE CHIEF JUSTICE, DEPUE, MAGIE, REED, CLEMENT. 5.